UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL A. LENTZ, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : CIVIL NO. 3:CV-05-1587 |
| | : |
| COUNTY OF CUMBERLAND, | : (Judge Kosik) |
| | : |
| Respondent | : |

## O R D E R

  **AND NOW, THIS 11th DAY OF AUGUST, 2006,** upon consideration of Petitioner's Motion for Judgment (Doc. 17), **IT IS HEREBY ORDERED THAT** said motion is granted only to the extent that Petitioner's habeas corpus petition is presently before the court for consideration and a disposition will be issued in due course.

                 s/Edwin M. Kosik
                 United States District Judge